UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re:                                  Chapter 13

    OLGA D.PARADES

                              Case No. 09-22261 (ASH)

                Debtor(s).
------------------------------------------------------x

## NOTICE OF LOSS-MITIGATION REQUEST

I am a Debtor in this case. On FEB. 25, 2009 *[date]* I requested loss mitigation in my Chapter 13 Plan with respect to *[Identify the property, loan and creditor(s) for which you are requesting loss mitigation]*:

551 WEST BROOK DRIVE, CORTLAND MANOR, NY 10567

Date of this Notice: MARCH 9, 2009

## DEBTOR INFORMATION

Name:                        OLGA D PARADES

Mailing Address:             551 WEST BROOK DRIVE, CORTLAND MANOR, NY 10567

Telephone Number:            914-528-8784

E-mail address (if any): _____

**Attorney Information (if any):**

    Name:              DAVID B. SHAEV
    Address:           350 FIFTH AVE, SUITE 7210, NY NY 10118
    Telephone Number:  212-239-3800-EXT 703
    Fax Number:        212-695-3008
    E-mail address:    dshaev@onsiteaccess.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK          CASE NO. 09-22261 ASH

IN RE: OLGA D PAREDES
ssn: ***-**-6072

AFFIDAVIT OF SERVICE

Debtor.

STATE OF NEW YORK ) S.S:
COUNTY OF NEW YORK )

MATTHEW LEVY, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age, and resides in New York, New York.

On **MARCH 9, 2009**, deponent served the within **LOSS MITIGATION REQUEST** on:

U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE U.S. TRUSTEE
SOUTHERN DISTRICT OF NEW YORK
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

JEFFREY L. SAPIR
CHAPTER 13 TRUSTEE
399 KNOLLWOOD ROAD
SUITE 102
WHITE PLAINS, NY 10603

PPH MORTGAGE
MORTGAGE SERVICE CENTER
PO BOX 5452
MOUNT LAUREL, NJ 08054

by depositing one true copy there in a post-paid wrapper, depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Sworn to before me this
9th day of MARCH 2009

MATTHEW LEVY

David B. Shaev
Notary Public, State of New York
No. 02SH4733813
Qualified in Nassau County
Commission Expires June 30, 2010