HEARING DATE: AUGUST 25, 2009
HEARING TIME: 10:00 A.M.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 09-22261 RDD

IN RE: OLGA D. PAREDES
ssn: ***-**-6072

**NOTICE OF MOTION**

Debtor.

**PLEASE TAKE NOTICE:** that a Motion will be made before the Honorable Robert D. Drain on the 25th day of August 2009 at 10:00 a.m. at the Southern District Bankruptcy Court located at 300 Quarropas Street, White Plains, NY 10601 objecting to Proof of Claim #4 filed by PHH Mortgage Corporation, Inc. and a request for accounting.

**PLEASE TAKE FURTHER NOTICE:** that any response to the Motion must be made and received by counsel for the Debtor's with a copy to Chambers on or before August 18, 2009.

DATED: July 14, 2009
New York, New York

DAVID B. SHAEV (dbs6994)
Attorney for Debtor
350 Fifth Avenue, Suite 7210
New York, New York 10118
(212) 239-3800

TO:

Jeffrey L. Sapir
Chapter 13 Trustee
399 Knollwood Road
Suite 102
White Plains, NY 10603

PHH Mortgage Corp.
4001 Leadenhall Road
Mail Stop: SVRP
Mt. Laurel, NJ 08054

United States Department of Justice
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Shapiro & DiCaro, LLP
250 Mile Crossing Boulevard
Suite One
Rochester, NY 14624
Attn: Anne E. Miller-Hulbert