# DAVID B. SHAEV
*Attorney At Law*
350 Fifth Avenue, Suite 7210
New York, NY 10118
Telephone (212) 239-3800
Facsimile (212) 695-3008

www.shaevlaw.com
dshaev@onsiteaccess.com
mdlevy85@gmail.com

September 23, 2009

**BY FEDERAL EXPRESS**
Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601
Attn: Lisa O'Shea, Chapter 13 Specialist

**RE: Olga D. Paredes**　　　　　　　　　　**Hearing Date: September 29, 2009**
**CASE NO. 09-22261 RDD**　　　　　　　**Hearing Time: 10:00 A.M.**

Honorable Robert D. Drain

Please find enclosed, Chamber's copy of Debtor's Response to Opposition to Debtor's Objection to Proof of Claim #4 Filed by PHH Mortgage Corporation and Request For Accounting and Memorandum of Law returnable on September 29, 2009 at 10:00 A.M.

　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　DAVID B. SHAEV

Enclosure

cc:　Jeffrey L. Sapir
　　　United States Trustee
　　　PHH Mortgage Corporation
　　　Shapiro & DiCaro, LLP
　　　Olga D. Paredes