SETTLEMENT DATE: OCTOBER 7, 2009
SETTLEMENT TIME: 10:00 a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: OLGA D. PARADES
ssn: \*\*\*-\*\*-6030

CASE NO. 09-22261 RDD

Debtor.

---

## NOTICE OF SETTLEMENT OF ORDER

PLEASE TAKE NOTICE, that the undersigned will present for signature the annexed Order to Expunge to the Honorable Robert D. Drain, United States Bankruptcy Judge, on October 7, 2009 at 10 a.m.

PLEASE TAKE FURTHER NOTICE, that objection to the Proposed Order if any, must be made in writing and received in the Bankruptcy Judge's Chambers, and by the undersigned, prior to 11 a.m. on October 5, 2009. Unless objections are received, the Proposed Order may be signed.

Dated: October 1, 2009
        New York, New York

_____
DAVID B. SHAEV (dbs6994)
Attorney for Debtor
350 Fifth Avenue, Suite 7210
New York, New York 10118
(212) 239-3800

TO:

Jeffrey L. Sapir
Chapter 13 Trustee
399 Knollwood Road
Suite 102
White Plains, NY 10603

PHH Mortgage Corp.
4001 Leadenhall Road
Mail Stop: SVRP
Mt. Laurel, NJ 08054

United States Department of Justice
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Shapiro & DiCaro, LLP
250 Mile Crossing Boulevard
Suite One
Rochester, NY 14624
Attn: Anne E. Miller-Hulber