David B. Shaev (dbs6994)
Attorney for Debtor
350 Fifth Avenue
Suite 7210
New York, New York 10118
(212) 239-3800
Olga D. Paredes, Appellee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: OLGA D. PAREDES
    ssn: \*\*\*-\*\*- 6072

CASE NO. 09-22261 RDD

CHAPTER 13

Debtor.

---

## APPELLEE'S OLGA D. PAREDES'S DESIGNATION OF RECORD ON APPEAL AND STATEMENT OF ISSUES PRESENTED PURSUANT TO RULE 8006

Appellee, Olga D. Paredes, designates the following for inclusion in the Record on Appeal:

| Docket No. | Description |
|---|---|
| 17. | Amended Schedule D |
| 21. | Letter to Adjourn Hearing to September 29, 2009 at 9:00 a.m. |
| 28. | Notice of Settlement of an Order |
| 30. | Notice of Entry of Order |

Dated: New York, New York
       November 6, 2009

David B. Shaev (dbs6994)
Attorney for Debtor
350 Fifth Avenue, Suite 7210
New York, NY 10118
(212) 239-3800

To: All parties on annexed service list

U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE U.S. TRUSTEE
SOUTHERN DISTRICT OF NEW YORK
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

JEFFREY L. SAPIR
CHAPTER 13 TRUSTEE
399 KNOLLWOOD ROAD
SUITE 102
WHITE PLAINS, NY 10603

U.S. BANKRUPTCY COURT
300 QUARROPAS STREET
WHITE PLAINS, NY 10601

JOHN A. DICARO, ESQ. (JD 7832)
ATTORNEY FOR APPELLANTS
PHH MORTGAGE CORPORATION
AND U.S. BANK, N.A. AS TRUSTEE
SHAPIRO, DICARO & BARAK, LLP
250 MILE CROSSING BOULEVARD
SUITE ONE
ROCHESTER, NY 14624