HEARING DATE: DECEMBER 22, 2009
HEARING TIME: 10:00 A.M.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: OLGA D. PAREDES
   ssn: \*\*\*-\*\*-6072

          Debtor.

---

CASE NO. 09-22261 RDD

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE:** that a Motion will be made before the Honorable Robert D. Drain on the 22nd day of December 2009 at 10:00 a.m. at the Southern District Bankruptcy Court located at 300 Quarropas Street, White Plains, NY 10601 for an order expunging unsecured claim 1 filed by Department Stores National Bank/Macys, unsecured claims 6, 7, and 12 filed by PRA Receivables Management, LLC and unsecured claim 9 filed by Roundup Funding, LLC.

**PLEASE TAKE FURTHER NOTICE:** that any response to the Motion must be made and received by counsel for the Debtor's with a copy to Chambers on or before December 13, 2009.

DATED: November 18, 2009
        New York, New York

                              DAVID B. SHAEV (dbs6994)
                              Attorney for Debtor
                              350 Fifth Avenue, Suite 7210
                              New York, New York 10118
                              (212) 239-3800

TO:

Jeffrey L. Sapir
Chapter 13 Trustee
399 Knollwood Road
Suite 102
White Plains, NY 10603

United States Department of Justice
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Department Stores National Bank/Macys
TSYS Debt Management
P.O. Box 137
Columbus, GA 31902-0137
Attention: Stacy Suire

Roundup Funding
MS 550
P.O. Box 91121
Seattle, WA 98111-9221
Attention: Steven G. Kane

PRA Receivables Management, LLC
P.O. Box 41067
Norfolk, VA 23541
Attention: Dolores Garcia