Allonge to Note

Loan Number: 35219567

Borrower: OLGA PAREDES

Property Address:
551 Westbrook Dr
CORTLANDT MANOR NY 10567

Loan Amount: 432000
Closing Date: 03/30/2006

Without Recourse
Pay to the order of: * Bishops Gate Residential Mortgage Trust

_____
Theresa Alibrando
Assistant Vice President
PHH Mortgage Corporation d/b/a PHH Mortgage Services
Prepared by: Poolen