SETTLEMENT DATE: DECEMBER 15, 2009
SETTLEMENT TIME: 10:00 a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: OLGA D. PARADES
ssn: \*\*\*-\*\*-6030

CASE NO. 09-22261 RDD

Debtor.

## NOTICE OF SETTLEMENT OF ORDER

**PLEASE TAKE NOTICE,** that the undersigned will present for signature the annexed Order to Deny Motion of PHH Mortgage Corporation For Reconsideration of Order Expunging/Disallowing Proof of Claim of PHH Mortgage Corporation and Deny Motion of PHH Mortgage Corporation for Stay Pending Appeal to the Honorable Robert D. Drain, United States Bankruptcy Judge, on December 15, 2009 at 10 a.m.

**PLEASE TAKE FURTHER NOTICE,** that objections to the Proposed Order if any, must be made in writing and received in the Bankruptcy Judge's Chambers, and by the undersigned, prior to 10 a.m. on December 14, 2009. Unless objections are received, the Proposed Order may be signed.

Dated: December 10, 2009
New York, New York

DAVID B. SHAEV (dbs6994)
Attorney for Debtor
350 Fifth Avenue, Suite 7210
New York, New York 10118
(212) 239-3800

TO:

U.S. Department of Justice
Office of the U.S. Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Jeffrey L. Sapir
Chapter 13 Trustee
399 Knollwood Road, Suite 102
White Plains, NY 10603

PHH Mortgage Corporation
Mortgage Service Center
P.O. Box 5452
Mount Laurel, NJ 08054

Shapiro, DiCaro & Barak, LLP
250 Mile Crossing Boulevard
Suite One
Rochester, NY 14624
Attention: John D. DiCaro, Esq.