UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: OLGA D. PAREDES
  ssn: \*\*\*-\*\*-6030

Case N. 09-22261 RDD

Chapter 13

Debtor.

---

ORDER ON DEBTOR'S OBJECTION TO CLAIMS

Upon the objection (the "Objection") of the above debtor to proofs of claim Nos. 1, 6, 7, 9 and 12; and there being due and sufficient notice of the Objection and the hearing thereon; and their being no opposition filed or raised to the Objection with the exception of opposition filed on behalf of claim No. 9 by Roundup Funding, LLC; and the Objection having come on to be heard before the undersigned on December 22, 2009; and upon the record of the hearing, including counsel for the debtor's representations that he duly and timely sought backup documentation from the respective claimants as contemplated by Official Form 10 and received none with the exception of that provided by Roundup Funding, LLC; and after due deliberation and for the reasons stated by the Court on the record of the hearing, is hereby

**ORDERED** that claim No. 1 filed by Department Stores National Bank/Macys in the sum of $2,917.50 is disallowed in its entirety; and it is further

**ORDERED** that claim No. 6 filed by PRA Receivables Management, LLC, in the sum of $14,594.81 is disallowed in its entirety; and it is further

1

**ORDERED** that proof of claim No. 7 filed by PRA Receivables Management, LLC, in the sum of $10,340.37 is disallowed in its entirety; and is further

**ORDERED** that claim No. 12 PRA Receivables Management, LLC, in the sum of $12,060.32 is disallowed in its entirety; and it is further

**ORDERED** that claim #9 filed by Roundup Funding, LLC in the sum of $880.32 is allowed; and it is further

**ORDERED** that the debtor's request for sanctions is denied; and it is further

**ORDERED** that this Order shall constitute a separate order with respect to each claim addressed hereby.

DATED: December 31, 2009
         White Plains, New York

                                    <u>/s/Robert D. Drain</u>
                                HONORABLE ROBERT D. DRAIN
                                U.S. BANKRUPTCY JUDGE